## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. SOONER EMERGENCY SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| 2. USV TRUCKING, INC., a Foreign Corporation; | ) | CASE NO.: CIV-25-153-SPS |
| and, | ) | |
| 3. ACCREDITED SPECIALTY INSURANCE, | ) | |
| COMPANY, a Foreign Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Defendants, USV Trucking, Inc., and Accredited Specialty Insurance Company, by counsel, hereby file their Notice of Removal. In support, Defendants show the following grounds for removal:

1.    Pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446 and LCvR 81.2, Defendant removes this action from the District Court of Muskogee County, Oklahoma, styled *Sooner Emergency Services, Inc., Plaintiff, vs. USV Trucking, Inc., a Foreign Corporation, and Accredited Specialty Insurance Company a Foreign Corporation, Defendants,* Case No. CJ-2025-150.

## Diversity of the Parties

2.    Plaintiff, Sooner Emergency Services, Inc. ("Plaintiff"), is a domestic corporation with its principal place of business in Muskogee, Oklahoma. (Ex. 1, Plaintiff's Petition, ¶1).

3.    Defendant, USV Trucking, Inc., is a Foreign Corporation. (Ex. 1, Plaintiff's Petition, ¶2). It is incorporated in California with its principal place of business in California.

4.      Defendant Accredited Specialty Insurance Company is a Foreign Corporation. (Ex. 1, Plaintiff's Petition, ¶3). It is incorporated in Delaware with its principal place of business in Florida.

## Venue

5.      Venue is proper in this Court for purposes of removal. Plaintiff brought this action in the District Court of Muskogee County, Oklahoma - located within the federal judicial district for the Eastern District of Oklahoma. 28 U.S.C. § 116(c). Therefore, venue is proper in this Court because it is the federal "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

## Amount in Controversy

6.      Plaintiff seeks judgment against Defendants for damages in excess of $75,000.00. (Ex. 1, Plaintiff's Petition Prayer for Relief). Therefore, the amount in controversy is greater than $75,000.00. 28 U.S.C. § 1446(c)(2).

## Timeliness of Removal

7.      Defendant, USV Trucking, Inc., was served with the Petition and Summons on April 15, 2025. Defendant, Accredited Specialty Insurance Company., was served with the Petition and Summons on April 18, 2025. Therefore, Defendants timely file this Notice of Removal within 30 days after service of summons upon it pursuant to 28 U.S.C. § 1446(b).

## Consent

8.      USV Trucking, Inc., and Accredited Specialty Insurance Company are the only two defendants and both consent to removal.

## Miscellaneous

2

9.     Pursuant to 28 U.S.C. § 1446(a), copies "of all process, pleadings and orders served upon" Defendants, in the aforementioned state action are identified and attached as follows: Petition (Ex. 1) and Summons (Ex. 2 and Ex. 3).

10.     Pursuant to LCvR81.2, "a clearly legible copy of all documents filed or served in the case, along with a docket sheet of the case" are identified and attached as follows:

Exhibit 1:   Petition
Exhibit 2:   Summons issued to Defendant USV Trucking, Inc.
Exhibit 3:   Summons issued to Defendant Accredited Specialty Insurance Company
Exhibit 4:   Entry of Appearance
Exhibit 5:   Affidavit of Service (USV Trucking, Inc.)
Exhibit 6:   Affidavit of Service (Accredited Specialty Insurance Company)
Exhibit 7:   Special Entry of Appearance and Reservation of Time, and
Exhibit 8:   State Court Docket Sheet.

11.     Pursuant to LCvR81.1, jury trial is hereby demanded.

### Conclusion

12.     Defendants, will promptly give written notice of the filing of this Notice of Removal to Plaintiff's counsel and will promptly file a copy of the Notice of Removal with the Court Clerk for Muskogee County, Oklahoma, as required.

13.      In the event this Court identifies a defect in this Notice of Removal, Defendants, respectfully request the Court grant them leave to amend this Notice to cure the defect. *See, Hendrix v. New Amsterdam Cas. Co.*, 390 F.2d 299, 301-302 (10th Cir. 1968).

Respectfully submitted,

Mark E. Hardin, OBA #15297
**PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, L.L.P.**
907 South Detroit, Suite 815
Tulsa, OK 74120
Tel: (918) 583-8100
Fax: (918) 583-8107

3

mhardin@piercecouch.com
*Attorneys for Defendants USV Trucking, Inc., and*
*Accredited Specialty Insurance Company*

## CERTIFICATE OF MAILING

This is to certify that on this 8th day of May, 2025, a true, correct and exact copy of the above and foregoing document was served via U.S. Mail, postage prepaid thereon to the following:

Jared DeSilvey, OBA #17280
Green Country Law Group
321 Court Street
Muskogee, OK 74401
jdesilvey@gclawgroup.com
*Attorneys for Plaintiff*


_____
Mark E. Hardin

4